# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES F. COTTINGHAM

VERSUS

NORTHSHORE APARTMENTS,
L.L.C., CATLIN SPECIALTY
INSURANCE COMPANY, AXA XL, A
DIVISION OF AXA GROUP

NO.  2025 CW 1085

**JANUARY 09, 2026**

---

In Re:   Caitlin  Specialty  Insurance  Company,  applying  for
supervisory  writs,  22nd  Judicial  District  Court,
Parish of St. Tammany, No. 201910308.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT